David J. McGlothlin, Esq. (SBN 026059)
david@kazlg.com
Ryan L. McBride, Esq. (SBN 032001)
ryan@kazlg.com
**Kazerouni Law Group, APC**
2633 E. Indian School Road, Ste 460
Phoenix, AZ 85016
Phone: 800-400-6808
Fax: 800-520-5523
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| Richard Winters Jr., individually and on behalf of all others similarly situated, | Case No. 2:20-cv-00777-DJH |
| | **CLASS ACTION** |
| Plaintiff, | |
| | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | |
| Travel Transparency Of Arizona, LLC, | |
| Defendant. | |

///
///
///
///
///
///
///

Notice of Voluntary Dismissal

1

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Richard Winters, Jr. ("Plaintiff") voluntarily dismisses Plaintiff's claims against Defendant Travel Transparency of Arizona, LLC ("Defendant") in the above-captioned matter with prejudice, and the putative class's claims against Defendant without prejudice. Each party will bear its own costs, disbursements, and attorney fees.

Respectfully Submitted this 16th Day of October, 2020.

**Kazerouni Law Group**

By: /s/ Ryan L. McBride
Ryan L. McBride, Esq.
Attorney for Plaintiff